## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GULED HASSAN DURAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-2358 (RBW) |
| | ) | |
| JOSEPH R. BIDEN, JR., et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER

Upon consideration of the petitioner's Motion for Extension of Time Regarding Proposed Trial Schedule, ECF No. 161, and for good cause shown, it is hereby

**ORDERED** that the petitioner's Motion for Extension of Time Regarding Proposed Trial Schedule, ECF No. 161, is **GRANTED**. It is further

**ORDERED** that the proposed schedule articulated in the Parties' Response to the Court's August 4, 2024, Order, ECF No. 156, is **CONTINUED** pending further order of the Court. It is further

**ORDERED** that sixty-days from the date of the Court's forthcoming Order resolving the pending discovery disputes, the petitioner shall file his traverse.[1]

**SO ORDERED** this 30th day of September, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] Absent extraordinary circumstances, the Court anticipates issuing the above referenced Order within thirty days from the issuance of this Order.